# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM ROGER-LEE DE-LUIS-CONTI,<br><br>               Plaintiff,<br><br>    v.<br><br>M CATES, et al.,<br><br>               Defendants.<br>_____/ | CASE NO.   1:10-cv-1852-LJO-MJS (PC)<br><br>ORDER DENYING MOTION FOR DEFENDANTS TO BE SERVED BY US MARSHALS<br><br>(ECF No. 28) |

       Plaintiff Graham Roger-Lee De-Luis-Conti ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion for Defendants to be Served by U.S. Marshal. (ECF No. 28.) Plaintiff asks the Court to forward him the documents necessary to have the United States Marshal serve his Complaint on Defendants.

       The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). The Court will direct the United States Marshal to serve Plaintiff's complaint only <u>after</u> the Court has screened the complaint and determined that it contains cognizable claims for relief against the named Defendants. The Court has a large number of prisoner civil rights cases pending before it and will screen

1 Plaintiff's complaint in due course. No further action is required on this case until Plaintiff's
2 Complain is screened by the Court.
3     Accordingly, Plaintiff's Motion for Defendants to be Served by US Marshal is
4 DENIED.

6 IT IS SO ORDERED.
7 Dated: May 9, 2011         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE