# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GRAHAM ROGER-LEE DE-LUIS-CONTI,   CASE NO.   1:10-cv-1852-LJO-MJS

          Plaintiff,    ORDER GRANTING MOTION TO AMEND

   v.    (ECF No. 30)

M. CATES, et al.,

          Defendants.
_____/

Plaintiff Graham Roger-Lee De-Luis-Conti ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 20, 2010, Plaintiff filed his Third Amended Complaint. (ECF No. 27.) On June 13, 2011, he filed a Motion to File a Fourth Amended Complaint. (ECF No. 30.) On July 11, 2011, he lodged his proposed Fourth Amended Complaint with the Court. (ECF No. 31.)

Because the Court had not acted on Plaintiff's Third Amended Complaint and no Defendant has yet been served, there is no compelling reason to disallow Plaintiff's requested further amended complaint.

1  Accordingly, Plaintiff's Motion to Amend is GRANTED. The Court will consider the
2 July 11, 2011 Fourth Amended Complaint to be the operative complaint in this case and
3 will undertake to screen it in due course.

7 IT IS SO ORDERED.

Dated:   July 25, 2011                          /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE