# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM ROGER-LEE DE-LUIS CONTI,<br><br>Plaintiff,<br><br>v.<br><br>M. CATES, et al.,<br><br>Defendants. | Case No. 1:10-cv-01852-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MISCELLANEOUS MOTION**<br><br>**(ECF No. 42)** |

Plaintiff Graham Roger-Lee De-Luis-Conti is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action was commenced in the Northern District of California on November 19, 2008 and later transferred to this Court. Plaintiff filed several amended complaints prior to the Court screening his action. The Fourth Amended Complaint was dismissed on October 31, 2012 for failure to state a claim, but Plaintiff was given leave to amend. Plaintiff filed a fifth amended complaint on December 3, 2012.

Before the Court is Plaintiff's motion to proceed with screening and service without delay (ECF No. 42).

The motion shall be denied.

The Court is required to screen complaints brought by prisoners seeking relief

1

against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Service will not be ordered unless and until the Court determines the existence of a cognizable claim. The Court has a large number of prisoner cases awaiting mandatory pre-service screening. Plaintiff's pleading will be screened in due course. No action is required of Plaintiff unless the Court orders otherwise.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion (ECF No. 42) is DENIED.

IT IS SO ORDERED.

Dated:   October 20, 2013          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE